# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RANDY MICHAEL DISHMON,** | ) |
| **Plaintiff,** | ) |
| v. | ) NO. 2:16-cv-00054 |
| | ) CHIEF JUDGE CRENSHAW |
| **SOCIAL SECURITY ADMINISTRATION,** | ) |
| **Defendant.** | ) |

## ORDER

On October 31, 2017, the United States Magistrate Judge recommended that that the Motion for Judgment (Doc. 12) be **GRANTED,** and that the matter be **REMANDED** to the Commissioner, pursuant to Sentence 6 of 42 U.S.C. § 405(g), for consideration of new and material evidence. Report and Recommendation (Doc. No. 16). Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The Report and Recommendation (Doc. No. 16) is **ADOPTED AND AFFIRMED.** Plaintiff's Motion for Judgment (Doc. 12), is **GRANTED**. The matter be **REMANDED** to the Commissioner, pursuant to Sentence 6 of 42 U.S.C. § 405(g), for consideration of new and material evidence.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE